IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY KENNEY                                                                                       PLAINTIFF

v.                                              No. 4:10CV01222 JLH

SWIFT TRANSPORTATION COMPANY, INC.                                            DEFENDANTS

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim upon which relief may be granted. The relief sought is denied.

IT IS SO ADJUDGED this 17th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE